UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| WILLIE STEVENSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:08-CV-1404-DDN |
| STATE OF MISSOURI, | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff, an inmate at the Eastern Reception Diagnostic and Correctional Center, brings this action under 42 U.S.C. § 1983, seeking monetary relief for constitutional violations arising out of "strip searching all the prisoners." Plaintiff has not paid the $350 filing fee nor has he sought leave to proceed in forma pauperis.

The Court will not afford plaintiff an opportunity to submit a motion to proceed in forma pauperis, because a review of plaintiff's previous filings indicates that he has filed at least three cases that were dismissed as frivolous, malicious, or for failure to state a claim. See Stevenson v. McPheeters, No. 01-3174-CV-S-SOW-P (W.D. Mo.) (denying plaintiff leave to proceed in forma pauperis and dismissing case pursuant to 28 U.S.C. § 1915(g), citing Stevenson v. Miller, No. 97-0944-CV-W-6-P (W.D. Mo.); Stevenson v. Bahl, No. 97-0782-CV-W-6-P (W.D. Mo.); and Stevenson v. Heflin, No. 94-0441-CV-W-6-P (W.D. Mo.)). Under 28 U.S.C. § 1915(g), the Court may not grant plaintiff in forma pauperis status unless he "is under imminent danger of serious physical injury." A review of the instant complaint indicates that plaintiff is not under "imminent danger of serious physical injury." As a result, the Court will dismiss this action without prejudice to refiling as a fully-paid complaint.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

An Order of Dismissal shall accompany this Memorandum and Order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __22nd__ day of October, 2008.