**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIE J. STEVENSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:08-CV-1404 DDN |
| STATE OF MISSOURI, | ) ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on plaintiff's motion to amend. The motion is without merit and is also moot because the case has been dismissed under 28 U.S.C. § 1915(g). As a result, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend is **DENIED**. [Doc. 10]

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   1st   day of September, 2009.